STATE OF OREGON, *Respondent,*

*v.*

JOHN ELMER WOOLSEY, *Petitioner.*

(No. 75-926, CA 5564)

552 P2d 280

Gary D. Babcock, Public Defender, and John K. Hoover, Deputy Public Defender, Salem, for petition.

No appearance contra.

Petition for reconsideration denied. *See State v. Oliver,* 26 Or App 331, 552 P2d 562 (1976).

PER CURIAM.